### MOLINE PLOW CO. v. EAGLE MANUF'G CO.

(Circuit Court of Appeals, Seventh Circuit. October 6, 1893.)

#### No. 26.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

In Equity. Bill by the Eagle Manufacturing Company against the Moline Plow Company to restrain the infringement of a patent. Complainant obtained a decree. Defendant appeals. Affirmed.

Bond, Adams & Pickard, for appellant.

George H. Christy, for appellee.

Before GRESHAM and WOODS, Circuit Judges, and JENKINS, District Judge.

JENKINS, District Judge. This case differs in no essential particulars from that of David Bradley Manuf'g Co. v. Eagle Manuf'g Co., 57 Fed. Rep. 980, herewith decided. It presents the same questions, and is controlled by the same rules of law. The decree is therefore affirmed.